# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Pamela Bennett<br>James Bennett**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:20-cv-00244-RJC-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| Bank of America, N.A.**,** et al | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 24, 2021 Order.

September 24, 2021

_____
Frank G. Johns, Clerk
United States District Court